**UNITED STATES ex rel. RUBIN v. POWELL, Major General.**

District Court, S. D. New York.

Jan. 21, 1941.

Moses M. Cohen, of New York City, for petitioner.

John T. Cahill, U. S. Atty., of New York City (William L. Lynch, Asst. U. S. Atty., of New York City, of counsel), for respondent.

COXE, District Judge.

It is well settled that writs of habeas corpus issued by the District Court do not run outside of the district. United States ex rel. Belardi v. Day, 3 Cir., 50 F.2d 816; Ex parte Yee Hick Ho, D. C., 33 F.2d 360; New York v. Eno, 155 U.S. 89, 15 S.Ct. 30, 39 L.Ed. 80; Hoeppel v. Street, et al., D. C., 17 F.Supp. 719; In re Boles, 8 Cir., 48

F. 75; United States v. Tod, D.C., 291 F. 665.

The writ in this case is, therefore, quashed.